MAX N. TOBIAS, JR., Judge.
|/We find no error in the trial court’s ruling on Reginald Williams’ “Motion to Correct Illegal Sentence,” inter alia, because the relator, State of Louisiana, acknowledges that under Miller v. Alabama, — U.S. —, 132 S.Ct. 2455, 183 L.Ed.2d *256 407 (2012), the automatic imposition of life imprisonment without benefit of parole for a murder conviction of a defendant who was a juvenile at the time of the offense violates the U.S. Constitution’s Eighth Amendment’s prohibition of cruel and unusual punishment.[1] Miller is retroactive to cases that were final in Louisiana at the time the decision in Miller was rendered by application of the per curiam in State v. Simmons, 11-1810 (La.10/12/12), 99 So.3d 28.
SUPERVISORY WRIT DENIED.

. In the limited record before us, we note the absence of any indication that the trial court has entered an order to determine counsel for Mr. Williams for the hearing, a requirement, in our view, under Miller.